**IT IS ORDERED as set forth below:**

**Date: July 31, 2009**

_____
**W. H. Drake
U.S. Bankruptcy Court Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBER** |
| | : | |
| BAYOU SCAPE LANDSCAPING, INC., | : | 09-78790-WHD |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF INITIAL CONFERENCE

The Court will hold an initial conference in this Chapter 11 case on **September 28, 2009 at 1:30 p.m.,** in Chambers, Room 1471, 75 Spring Street, Atlanta, Georgia.

**The Clerk is DIRECTED to serve this Order and Notice on Debtor, Debtor's counsel, the Office of the United States Trustee, and all creditors.**

**END OF DOCUMENT**