2:42 PM
06/29/09
Accrual Basis

# BAYOU SCAPES LANDSCAPING, INC.
## Balance Sheet
### As of June 29, 2009

|  | Jun 29, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash - Wachovia | -30,593.14 |
| Checking - Wachovia (WC) | 15,264.10 |
| Checking - Wachovia | 176.33 |
| **Total Checking/Savings** | -15,152.71 |
| **Accounts Receivable** | |
| Accounts Receivable | 375,555.61 |
| **Total Accounts Receivable** | 375,555.61 |
| **Other Current Assets** | |
| Due from Shareholder | 686,184.71 |
| Undeposited Funds | 375.00 |
| **Total Other Current Assets** | 686,559.71 |
| **Total Current Assets** | 1,046,962.61 |
| **Fixed Assets** | |
| Machinery & Equipment | 500,914.50 |
| Trucks | 481,340.89 |
| Computer Equipment | 4,337.57 |
| Leashold Improvements - Bldg | 48,045.72 |
| Accumulated Depreciation | -699,881.56 |
| Land for Storage | 94,499.63 |
| New Land(Pilgrim Mill) | 252,901.41 |
| Land - Florida | 69,945.48 |
| **Total Fixed Assets** | 752,103.64 |
| **Other Assets** | |
| Employee Loan | 11,728.04 |
| Bounced Checks | 3,905.00 |
| Deposits | 9,312.09 |
| **Total Other Assets** | 24,945.13 |
| **TOTAL ASSETS** | **1,824,011.38** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 409,437.42 |
| **Total Accounts Payable** | 409,437.42 |
| **Credit Cards** | |
| AMEX | -349,108.05 |
| American Express - Sky Miles | -7,346.18 |
| **Total Credit Cards** | -356,454.23 |
| **Other Current Liabilities** | |
| **Payroll Liabilities** | |
| 941 Taxes Payable | 5,346.10 |
| SUTA Payable | 123.90 |
| State Withholding | 584.64 |
| FUTA Payable | 224.00 |
| Payroll Liabilities - Other | 100.00 |
| **Total Payroll Liabilities** | 6,378.64 |
| **Total Other Current Liabilities** | 6,378.64 |
| **Total Current Liabilities** | 59,361.83 |
| **Long Term Liabilities** | |
| N/P - GMAC (667.26) | 23,354.10 |
| N/P - F 150 (485.14) | 20,731.91 |

2:42 PM
06/29/09
Accrual Basis

# BAYOU SCAPES LANDSCAPING, INC.
## Balance Sheet
### As of June 29, 2009

|  | Jun 29, 09 |
|---|---:|
| N/P -Main Eq.( 1058.00) | 8,765.85 |
| N/P - 07 Ford Ranger(401.15) | 8,182.93 |
| N/P - 08 Ford Ranger - (399.61) | 13,740.56 |
| N/P - 2007 Suburban(983.62) | 28,937.55 |
| N/P - Bobcat(866.72) | 23,400.68 |
| N/P - Land (FL) Lot 24 | 65,000.00 |
| N/P - GMAC TAHOE (950.91) | 22,511.75 |
| N/P - 2008 Ford 150 - (765.59) | -1,531.18 |
| N/P - F 150 (556.57) | 9,262.49 |
| N/P - F 150 (728.70) | 13,372.03 |
| N/P - F150 (588.41) | 10,392.50 |
| N/P - F150 (700.87) | -5,606.96 |
| N/P - 2006 F-150 (627.23) | 13,175.34 |
| N/P - Hitachi(671.55) | -8,730.15 |
| Lease Payable. Hitachi (612.43) | 12,281.25 |
| Lease Payble - Hitachi (534.80) | 12,931.67 |
| N/P - Hitachi(565.66) | 689.23 |
| N/P - Hitachi (745.03) | 8,598.95 |
| N/P - Bobcat(607.81) | 21,680.93 |
| N/P - Bobcat(779.17) | 23,979.41 |
| N/P - Bobcat (2373.41) | 37,602.22 |
| N/P - Bobcat(846.73) | 10,446.37 |
| N/P -Bobcat (843.15) | 18,750.72 |
| N/P - Bobcat(848.99) | 20,190.60 |
| N/P - Bobcat(806.89) | 5,667.51 |
| N/P - Bobcat (777.03) | 6,027.90 |
| N/P - Bobcat (875.20) | 10,915.36 |
| N/P - Bobcat (857.54) | 10,504.25 |
| N/P - Horizon ( Pilgrim Mill) | 213,816.22 |
| N/P - Land(1000.57) | 18,186.18 |
| N/P - Southtrust (730.70) | 8,235.10 |
| N/P - Southtrust (635.68) | 39.49 |
| **Total Long Term Liabilities** | 685,502.76 |
| **Total Liabilities** | 744,864.59 |
| **Equity** | |
| Capital Stock | 4,700.00 |
| Opening Bal Equity | -6,826.70 |
| Retained Earnings | 978,517.65 |
| Net Income | 102,755.84 |
| **Total Equity** | 1,079,146.79 |
| **TOTAL LIABILITIES & EQUITY** | 1,824,011.38 |