**IT IS ORDERED as set forth below:**

**Date: August 18, 2009**

_____
**W. H. Drake**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
| BAYOU SCAPE LANDSCAPING, INC. | : | A09-78790WHD |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 11 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER EXTENDING TIME

On August 1, 2009, the Debtor in the above-styled case filed a Motion to Extend Time until August 14, 2009 to file Statement of Financial Affairs and Schedules. An order was not entered granting the Debtor's Motion and the time requested by Debtor has passed. Accordingly, it is

**ORDERED** that the Motion is **GRANTED** and Debtor has until close of this business day, August 18, 2009 within which to file Statement of Financial Affairs and Schedules.

**END OF DOCUMENT**