UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 09-78790 |
| | : | |
| BAYOU SCAPE LANDSCAPING, INC., | : | Chapter 11 |
| | : | |
|     Debtor. | : | Judge Drake |
| _____ | : | |
| | : | |
| BAYOU SCAPE LANDSCAPING, INC., | : | |
| | : | |
|     Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| RBC CENTURA BANK, successor in | : | |
| interest to The Peachtree Bank, | : | |
| | : | |
|     Respondent. | : | |
| _____ | : | |

DEBTOR'S MOTION FOR ORDER
AUTHORIZING USE OF CASH COLLATERAL, FOR RELATED
RELIEF, AND FOR EXPEDITED HEARING UPON SHORTENED NOTICE

    COMES NOW Bayou Scape Landscaping, Inc., the "Debtor", by and through its counsel, Paul Reece Marr, P.C., pursuant to Bankruptcy Rules 4001(b) and 9014 and in accordance with the provisions of 11 U.S.C. §§ 363 and 365, and hereby requests that this honorable Court authorize the Debtor to use the cash collateral of RBC Centura Bank ("RBC") in order to fund the Debtor's operating expenses in the normal course of business, that the Court consider this Motion on an expedited basis, and that the Court grant such further relief as the Court may deem just and proper. In support thereof, Debtor shows as follows:

    1.  The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 20, 2009 (the "Petition Date"). The Debtor continues to operate its business and manage its affairs as debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108. No request has been made for the

appointment of a trustee or examiner.  No creditors committee

has been appointed in this case.

2. Service of Debtor's Motion is made pursuant to Bankruptcy Rule 7004.

3. James Bernard is the Debtor's sole shareholder and officer. The Debtor is a residential landscaping contractor providing landscaping, installation, maintenance, irrigation, and related services primarily to new home builders in the Atlanta, Georgia metro area. The Debtor currently has approximately 4 employees and 30 independent contractors who are employed on an as needed basis. The Debtor operates from leased premises having an address of 1455 S. Richland Creek Road, Sugar Hill, Georgia 30518. The leased premises are owned by Geaux Properties, LLC, an entity owned by James Bernard.

4. In connection with its operations, the Debtor entered into a pre-Petition Promissory Note with The Peachtree Bank dated April 4, 2008 in the face amount of $450,000.00. Payment of the Promissory Note is secured by a UCC-1 Financing Statement and a Commercial Security Agreement from Debtor to The Peachtree Bank pursuant to which Debtor granted a first priority security interest in, among other collateral, Debtor's accounts receivable and proceeds therefrom. In addition, James Bernard and wife Theresa Bernard personally guaranteed the debt and granted The Peachtree Bank a second priority deed to secure debt on their residence, 5784 Brendlynn Drive, Suwanee Georgia 30024-7579. Upon information and belief, RBC is the current holder of the Promissory Note and related loan documents and security interests.

5. RBC asserts a claim amount in the approximate amount of $454,777.65. Debtor's bankruptcy Schedules reveal an account receivable balance as of June 20, 2009 in the amount of $386,293.03. In addition, RBC holds a second priority deed to secure debt on the residence of Mr. and Mrs. Bernard.

6. The accounts receivable and cash proceeds therefrom constitute pre-Petition "Cash Collateral" of RBC as that term is defined under 11 U.S.C. §363(a).

7. The Debtor seeks Court authorization pursuant to the provisions of 11 U.S.C. §363 to use the Cash Collateral to pay its reasonable and customary expenses for the operation of its

business.

8. Immediate use of the Cash Collateral is necessary to avoid immediate and irreparable harm to the estate. The Debtor's request to use Cash Collateral for the operation of its business is based upon sound business reasoning.

9. The Debtor must use the Cash Collateral in order to meet all ongoing expenses necessary for the operation of its business. The Debtor has no funds other than the Cash Collateral with which to pay such expenses of operation. If such expenses are not paid, the Debtor will be unable to continue its business operations and reorganize. Such a result would be to the detriment of the creditors and bankruptcy estate.

10. Debtor proposes to grant to RBC a replacement lien and security interest equivalent to a lien granted under 11 U.S.C. § 364(c) in and upon the Cash Collateral in existence prior to the Petition Date and hereby created after the Petition Date to the same extent, nature and priority held by RBC by virtue of its pre-Petition loan documents. In addition, Debtor proposes to make monthly interest adequate protection payments to RBC.

11. The Debtor hereby requests that the Court consider this matter on an expedited basis and enter an Order authorizing the Debtor's use of the Cash Collateral in order to pay its ongoing operating expenses as and when they come due on an interim basis pending a final hearing.

WHEREFORE, pursuant to the provisions of 11 U.S.C. §§ 363 and 365 and Bankruptcy Rule 4001(b)(2), the Debtor seeks relief in the following particulars:

 a. That the Court authorize the use by Debtor of the Cash Collateral for payment of the actual, ordinary and necessary expenses incurred in the ordinary course of operation of its business;

 b. That the Court authorize the Debtor to grant adequate protection to RBC in the manner detailed above; and

 c. That the Court grant such other relief as may be just and proper.

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's counsel


By: /s/ Paul Reece Marr
   Paul Reece Marr
   GA Bar No. 471230
300 Galleria Parkway
Suite 900
Atlanta, Georgia 30339
770/984-2255

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | | |
|---|---|---|
| In re: | : | Case No. 09-78790 |
| | : | |
| BAYOU SCAPE LANDSCAPING, INC., | : | Chapter 11 |
| | : | |
|     Debtor. | : | Judge Drake |
| _____ | : | |
| | : | |
| BAYOU SCAPE LANDSCAPING, INC., | : | |
| | : | |
|     Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| RBC CENTURA BANK, successor in | : | |
| interest to The Peachtree Bank, | : | |
| | : | |
|     Respondent. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I, Paul Reece Marr, certify that I am over the age of 18 and that on the below referenced date I served a copy of the attached DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, FOR RELATED RELIEF, AND FOR EXPEDITED HEARING UPON SHORTENED NOTICE by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated on the attached list:

This the 24th day of September, 2009.

                                                       /s/ Paul Reece Marr
                                                     Paul Reece Marr

300 Galleria Parkway
Suite 960
Atlanta, GA 30339
770/984-2255

R. Jeneane Treace
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street
Atlanta, GA 30303

Lawrence R. Landry
Suite 325
6000 Lake Forrest Drive, NW
Atlanta, GA 30328

RBC Bank
PO Box 1220
Rocky Mount, NC 27802

U.S. Dept. of Labor
Attn: Amy R. Walker
61 Forsyth St SW; Ste 7T10
Atlanta, GA 30303

Legacy Farms, LLC
850 Indian Mounds Rd.
Cartersville, GA 30120

Stovall & Co., Inc.
5157 Carson Ct.
Buford, GA 30518

Albert L. Norton, Jr.
Meredith W. Germain
Norton & Associates, PC
Suite 150
9875 Medlock Bridge Parkway
Alpharetta, GA 30022

3 Rivers Nursery
468 SW Evergreen Ct.
Fort White, FL 32038

Fifth Third Bank
511 Walnut Street
Cincinnati, OH 45202

GE Money Bank
PO Box 981127
El Paso, TX 79998-1127

Superior Turf, Inc.
Michelle Pitts
12195 Hwy 92; Suite 114-214
Woodstock, GA 30188

GMAC
PO Box 380901
Minneapolis, MN 55438-0901

American Express
Customer Service
PO Box 297846
Fort Lauderdale, FL 33329-7846

Red Oak Turf, Inc.
PO Box 297
Chula, GA 31733

Forest Hill Nursery Farm, Inc.
PO Box 302
Forest Hill, LA 71430

Ford Motor Credit Company
Customer Service Center
PO Box 542000
Omaha, NE 68154-8000

Hitachi Capital America Corp
800 Connecticut Avenue
Norwalk, CT 06854

Goldleaf Farms I, LLC
5550 W. Executive Drive
Ste. 310
Tampa, FL 33609