UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                          :       Case No. 09-78790
                                :
BAYOU SCAPE LANDSCAPING, INC.,  :       Chapter 11
                                :
      Debtor.                   :       Judge Drake
_____ :

DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE TO CHAPTER 7

    1.    Bayou Scape Landscaping, Inc. ("Debtor") filed a
Voluntary Petition under chapter 11 of the United States
Bankruptcy Code on July 20, 2009.  In accordance with §§1107(a)
and 1108 of the Bankruptcy Code, the Debtor is a debtor in
possession.

    2.    Debtor does not project that it will be able to
reorganize in Chapter 11.

    3.    11 U.S.C. § 1112(a) provides that a chapter 11 debtor
has a one-time absolute right to convert its chapter 11 case to
a case under chapter 7 unless: (1) the debtor is not a debtor in
possession; (2) the case originally was commenced as an
involuntary case under chapter 11; or (3) the case was converted
to a case under chapter 11 other than at the debtor's request.

    4.    None of the above enumerated exceptions apply to the
Debtor.  Pursuant to 11 U.S.C. § 1112(a), Debtor hereby converts
this bankruptcy case to a case under chapter 7 of the United
States Bankruptcy Code.

Prepared and submitted,
PAUL REECE MARR, P.C.            BAYOU SCAPE LANDSCAPING, INC.
Debtor's counsel

By: /s/ Paul Reece Marr
    Paul Reece Marr                 /s/ James Bernard
    Georgia Bar No. 471230      By: James Bernard
300 Galleria Parkway; #960      Its: Chief Financial Officer
Atlanta, Georgia 30339
770/984-2255

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                          :        Case No. 09-78790
                                :
BAYOU SCAPE LANDSCAPING, INC.,  :        Chapter 11
                                :
        Debtor.                 :        Judge Drake
_____:

CERTIFICATE OF SERVICE

I, Paul Reece Marr, certify that I am over the age of 18 and that on the below referenced date I served a copy of the attached DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE TO CHAPTER 7 by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

R. Jeneane Treace
U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street
Atlanta, GA 30303

This the 14th day of October, 2009.


                        /s/ Paul Reece Marr
                        Paul Reece Marr

Suite 960
300 Galleria Parkway, N.W.
Atlanta, Georgia 30339
770/984-2255